Ehrlich & Cohn, and Rose, Burt & Pierce, for appellant; Aaron H. Cohn, of counsel; Benjamin B. Davis, and Sidney Mintz, for appellee; Joseph W. Baer, and John S. Jones, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed May 5, 1952; released for publication June 9, 1952.

**Libby Zisook, Widow of Jack Zisook, Deceased, Plaintiff-Appellee, v. Industrial Commission and Dora Zisook, Trading as Banner Decorating Company, Defendants-Appellants.**

**Gen. No. 45,602.**

Angerstein & Angerstein, and Charles T. Shanner, for appellants; Karlin & Karlin, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed May 5, 1952; released for publication June 9, 1952.